IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBORAH SELTZER** | : | CIVIL ACTION |
| v. | : | |
| **COACH USA INC.,** <u>et al</u>. | : | NO. 17-3428 |

O R D E R

AND NOW, this 7th day of August 2017, having considered plaintiff's complaint and motion to proceed <u>in forma pauperis</u>, IT IS HEREBY ORDERED that:

(1) Plaintiff's motion to proceed <u>in forma pauperis</u> is GRANTED;

(2) This complaint is DISMISSED pursuant to 28 U.S.C. § 1406 (a);[1] and

(3) The Clerk of Court shall CLOSE this case.

BY THE COURT:

JEFFREY L. SCHMEHL, J.

---

[1] Plaintiff alleges that she was injured in Alabama, and that the defendants are located in Pennsylvania and New Jersey. Accordingly, pursuant to 28 U.S.C. § 1391(b), this complaint may not be brought in the United States District Court for the Eastern District of Pennsylvania. Furthermore, plaintiff filed a similar case, through her attorney, in the Eastern District of New York against the same defendants (Civil Action No. 17-4447) on July 27, 2017, the day before she filed her case in this Court.