**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Deborah Seltzer
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Coach USA. Inc. and
Majesty Coach&Tours,
Inc., Dennis Rhoads
owner, Majesty Coach Tours,
Inc., John and Jane
Doe Bus Driver/operator,
_____

                      Defendants.
_____

_____

_____

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number.  If you are presently in custody, include your identification
        number and the name and address of your current place of confinement.  Do the same for any additional
        plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff        Name                    Deborah Seltzer
                 Street Address          500 Pavonic Building 33, Apt 5B
                 County, City            Lake Ronkonkoma, NY 11779
                 State & Zip Code
                 Telephone Number        (631 648-8385

*Rev. 10/2009*

B.   List all defendants.  You should state the full name of the defendants, even if that defendant is a government
agency, an organization, a corporation, or an individual.  Include the address where each defendant can be
served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.
Attach additional sheets of paper as necessary.

Defendant No. 1          Name   _Coach USA, Inc._
                         Street Address   _750 Somerset Street_
                         County, City   _New Brunswick, NJ 08901_
                         State & Zip Code   _____

Defendant No. 2          Name   _Majesty Coach & Tours, Inc_
                         Street Address   _3933 Perkiomen Avenue_
                         County, City   _Reading, Berks PA 19606_
                         State & Zip Code   _____

Defendant No. 3          Name   _Dennis Rhoads, Owner_
                         Street Address   _3933 Perkiomen Avenue_
                         County, City   _Reading, Berks PA 19606_
                         State & Zip Code   _____

Defendant No. 4          Name   _John And Jane Doe Bus Driver/Operator_
                         Street Address   _3933 Perkiomen Avenue_
                         County, City   _Reading, Berks PA 19606_
                         State & Zip Code   _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. §
1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
     ○ Federal Questions          ☑ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at
     issue?   _N/A,_

     _____

     _____

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____New York_____

Defendant(s) state(s) of citizenship ____Pennsylvania, New Jersey____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? Plaintiff injured in Alabama, but Plaintiff picked up in Bronx, New York. Defendant(s) contracted in New York.

B.      What date and approximate time did the events giving rise to your claim(s) occur? August 3, 2014 on or about Afternoon

---

| | |
|---|---|
| What happened to you? | C.      Facts: Plaintiff was a part of a group that contacted Coach USA Inc to hire a bus to go to Alabama and back. Plaintiff and group from New York. Coach USA Inc hired Majesty Coach & Tours, Inc to transport Plaintiff and Group to Alabama. |
| Who did what? | Majesty Coach & Tours, Inc provided bus that had no airconditioning and broke down often. Majesty Coach caused a foreign substance to be on the stairs of the bus which caused Plaintiff to ~~fall~~ ~~injury~~ slip and fall through |
| Was anyone else involved? | no fault of plaintiff but known or should have been known by Majesty + Coach defendants. Coach negligent in hiring Majesty. Majesty negligent, reckless, careless, wanton disregard for |
| Who else saw what happened? | plaintiff caused a dangerous situation and failed to warn Plaintiff of danger. Coach USA, Inc knew or should have known of Majesty's low rating and reviews and hired them anyway. Coach should have known Majesty buses break down and are kept in dangerous condition and failed to hire a good company. |

Rev. 10/2009

-3-

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Plaintff cause to have severe and serious personal injuries to her mind and body some are permanent in nature and required surgery in shoulder and leg. Pain and suffery plaintff endured to frequent tears and medication. plaintff went to emergency and has been seeing an orthopaedic surgeon.

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Plaintff is asking for an amount that exceeds $75,000. Plaintff is asking for $3,000,000 in damages, medical past preset and future and pain and suffery post present and future. as well as any and all money paid out.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _July 28_____, 20 _17_.


Signature of Plaintiff _Debah Selby_

Mailing Address _500 peconic   5th  Apt 33-5B_
_Ronkonkoma, N.Y 11779_

_Home (631) 648-8385_

Telephone Number _Cell) 347 886-3856_

Fax Number *(if you have one)* _____

E-mail Address _Dsettner400@gmail.com_


<u>Note:</u>   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.


<u>For Prisoners:</u>

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern  District of Pennsylvania.


Signature of Plaintiff: _____

Inmate Number _____